```
 1   MARC S. COHEN - State Bar No. 65486
     Email: marc.cohen@kayescholer.com
 2   ALICIA M. CLOUGH – State Bar No. 260012
     Email: alicia.clough@kayescholer.com
 3   JULIE A. BELEZZUOLI - State Bar No. 267302
     Email: julie.belezzuoli@kayescholer.com
 4   KAYE SCHOLER LLP
     1999 Avenue of the Stars, Suite 1700
 5   Los Angeles, CA  90067-6048
     Telephone: (310) 788-1000
 6   Facsimile:  (310) 788-1200
     Attorneys for Reorganized California
 7   Power Exchange Corporation
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation<br><br>Reorganized Debtor.<br><br>Federal Id. No. 94-0742640 | Case No. 3:15-cv-01149-WHA<br><br>Bankruptcy No. 01-30923-DM<br><br>ORDER RE<br>**STIPULATION RE EXTENSION OF TIME FOR FILING APPELLANT'S OPENING BRIEF ON APPEAL**<br><br>[Local Rules 6-2, 7-12] |

The parties in the above-entitled proceeding, Appellant, the Reorganized California Power Exchange Corporation, a California non-profit public benefit corporation ("CalPX" or "Appellant"), represented by Marc S. Cohen, Esq., of Kaye Scholer LLP, and the Debtor and Respondent Pacific Gas and Electric Company ("PG&E" or "Respondent"), represented by Gary M. Kaplan, Esq., of Farella Braun + Martel LLP, hereby stipulate that the time for Appellant to file and serve its opening brief in this matter may be extended 30 days.  The scheduled deadline for the filing of Appellant's opening brief is now May 7, 2015.  This extension will continue that date to Monday, June 8, 2015, provided that there shall be no further extensions of this deadline.

**IT IS SO STIPULATED:**

Date: 4/30/15

Kaye Scholer LLP

_____
Marc S. Cohen
Counsel for Appellants, Reorganized
California Power Exchange Corporation

Date: 4/30/15

Farella Braun + Martel LLP

_____
Gary M. Kaplan
Counsel for Respondents, Pacific Gas and
Electric Company

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Date: May 1, 2015.

_____
Honorable William Alsup
Judge of the U.S. District Court

2

62726330.docx