MARC S. COHEN - State Bar No. 65486
Email: *marc.cohen@kayescholer.com*
ALICIA M. CLOUGH – State Bar No. 260012
Email: *alicia.clough@kayescholer.com*
JULIE A. BELEZZUOLI - State Bar No. 267302
Email: *julie.belezzuoli@kayescholer.com*
**KAYE SCHOLER LLP**
1999 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6048
Telephone: (310) 788-1000
Facsimile: (310) 788-1200
*Attorneys for Reorganized California Power Exchange Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PACIFIC GAS AND ELECTRIC COMPANY, a California corporation<br><br>   Reorganized Debtor.<br><br>Federal Id. No. 94-0742640<br><br>―――――――――――――――<br><br>REORGANIZED CALIFORNIA POWER EXCHANGE CORPORATION,<br><br>   Appellant,<br><br> vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>   Appellee.<br><br>―――――――――――――――― | Case No. 3:15-cv-01149-WHA<br><br>Bankruptcy No. 01-30923-DM<br>Order Re:<br>**STIPULATION RE EXTENSION OF TIME FOR FILING APPELLANT'S REPLY BRIEF ON APPEAL**<br><br>[Local Rules 6-2, 7-12] |

The parties in the above-entitled proceeding, Appellant, the Reorganized California Power Exchange Corporation, a California non-profit public benefit corporation ("CalPX" or "Appellant"), represented by Marc S. Cohen, Esq. and Julie A. Belezzuoli, Esq. of Kaye Scholer LLP, and Appellee Pacific Gas and Electric Company ("PG&E" or "Appellee"), represented by Gary Kaplan, Esq., of Farella Braun + Martel LLP, hereby stipulate that the time for Appellant to file and serve its reply brief in this matter may be extended 3 days. The scheduled date for the filing of Appellant's reply brief is now scheduled for Monday, July 6, 2015. This extension will continue that date to Thursday, July 9, 2015.

**IT IS SO STIPULATED:**

Date: 6/29/2015					Kaye Scholer LLP

						/s/ Julie Belezzuoli
						Julie Belezzuoli
						Counsel for Appellants, Reorganized
						California Power Exchange Corp.

Date: 6/29/2015					Farella Braun + Martel LLP

						/s/ Gary Kaplan
						Gary Kaplan
						Counsel for Respondents, Pacific
						Gas & Electric Company

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Date: June 30, 2015.				_____
						Honorable William Alsup
						Judge of the U.S. District Court

62905264			STIPULATION RE EXTENSION OF TIME FOR FILING APPELLANT'S REPLY BRIEF ON APPEAL