Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Reorganized California Power Exchange Corporation  
    Appellant  
    ~~Plaintiff(s)~~,

v.

Pacific Gas and Electric Company  
    Appellee  
    ~~Defendant(s)~~.

Case No: 3:15-cv-01149-WHA  
Order Re:  
APPLICATION FOR  
ADMISSION OF ATTORNEY  
PRO HAC VICE  
(CIVIL LOCAL RULE 11-3)

I, Sheldon Solow, an active member in good standing of the bar of the Illinois Supreme Court, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Appellant Reorganized California Power Exchange in the above-entitled action. My local co-counsel in this case is Julie Belezzuoli, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Three First National Plaza<br>70 West Madison Street, Suite 4200<br>Chicago, Illinois 60602-4231 | 1999 Avenue of the Stars, Suite 1600<br>Los Angeles, California 90067 |
| MY TELEPHONE # OF RECORD:<br>(312) 583-2320 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 788-1158 |
| MY EMAIL ADDRESS OF RECORD:<br>sheldon.solow@kayescholer.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>julie.belezzuoli@kayescholer.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2673061.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 29, 2015

APPLICANT

ORDER GRANTING APPLICATION  
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sheldon Solow is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 30, 2015.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER