IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REORGANIZED CALIFORNIA POWER EXCHANGE CORPORATION,

    Appellant,

v.

PACIFIC GAS AND ELECTRIC CO.,

    Appellee.

No. C 15-01141 WHA

No. C 15-01149 WHA

**ORDER EXTENDING TIME TO FILE SUPPLEMENTAL BRIEFS**

    The Court has asked the parties to submit further supplemental briefs (Dkt. No 43). CalPX seeks to extend the deadline for those briefs to **FRIDAY, DECEMBER 4 AT NOON**. Counsel for CalPX avers that they spoke with counsel for PG&E and the latter has no objection to the proposed extension. Good cause shown, the requested extension is hereby **GRANTED**.

**IT IS SO ORDERED**

Dated: November 25, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE